CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 20 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD W. JONES, II | Civil Action No. 7:14CV00273 |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AND ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendant. | |

For reasons stated in a Memorandum Opinion filed this day, it is now

ADJUDGED and ORDERED

as follows:

1. The magistrate judge's recommendation in this case shall be, and hereby is, ADOPTED;

2. The final decision of the Commissioner in this case shall be, and hereby is, AFFIRMED;

3. Summary judgment shall be, and hereby is, ENTERED in favor of the Commissioner; and

4. This case shall be, and hereby is, STRICKEN from the active docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER this 20th of August, 2015.

/s/ Glen E. Conrad
Chief United States District Judge